# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 2, 2023

---

### NO. 03-22-00574-CV

---

**James Allen Brickley, Jr., Appellant**

**v.**

**Marie Laurence Gloria Joseph-Stephen, Appellee**

---

### APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES KELLY, SMITH, AND THOEFANIS
### AFFIRMED -- OPINION BY JUSTICE KELLY

---

This is an appeal from the order terminating parental rights signed by the trial court on September 13, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant in indigent and unable to pay costs, no adjudication of costs is made.